UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO FELIPE GONZALEZ,<br>Petitioner,<br>v.<br>JAMES JANECKA, et al.,<br>Respondents. | Case No. 5:26-cv-04046-SSC<br><br>JUDGMENT |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1. The petition is granted;
2. Respondents are enjoined from continuing to detain Petitioner unless no later than **August 12, 2026**, Petitioner is provided with an individualized bond hearing before a neutral immigration judge in accordance with 8 U.S.C. § 1226(a); and
3. The Clerk of Court is directed to close this case.

DATED: August 5, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE