CHRISTOPHER JOSEPH DESALVA (SBN 172209)
LAW OFFICE OF CHRISTOPHER JOSEPH DESALVA
45-902 Oasis Street, Suite D
Indio, CA 92201
Telephone: (760) 447-0031 | Email: desalvalaw@gmail.com

Attorney for Petitioner,
PABLO FELIPE GONZALEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION

| | |
|---|---|
| PABLO FELIPE GONZALEZ, | ) Case No. 5:26-cv-04046-SSC |
| Petitioner, | )<br>) [~~PROPOSED~~] ORDER GRANTING |
| v. | ) PETITIONER'S EMERGENCY MOTION |
| JAMES JANECKA, Warden, Adelanto ICE Processing Center, et al., | ) TO ENFORCE JUDGMENT AND FOR |
| Respondents. | ) PETITIONER'S IMMEDIATE RELEASE |
| | )<br>) Hon. Stephanie S. Christensen<br>) United States Magistrate Judge |

[~~PROPOSED~~] ORDER — 28 U.S.C. § 2241

# [~~PROPOSED~~] ORDER

The Court, having considered Petitioner's Emergency Motion to Enforce Judgment and Conditional Writ of Habeas Corpus and for Petitioner's Immediate Release, the Judgment entered in this action on August 5, 2026 (ECF No. 12), and the files and records herein, and good cause appearing, HEREBY ORDERS as follows:

1. The Court FINDS that Respondents have failed to comply with the Judgment entered August 5, 2026 (ECF No. 12). Respondents did not provide Petitioner with an individualized bond hearing before a neutral immigration judge in accordance with 8 U.S.C. § 1226(a) on or before August 12, 2026.

2. By the terms of the Judgment, Respondents are enjoined from continuing to detain Petitioner. The Motion is GRANTED.

3. Respondents are ORDERED to RELEASE Petitioner Pablo Felipe Gonzalez (A# 221-462-497) from custody IMMEDIATELY, on his own recognizance and without electronic monitoring.

4. The Court RETAINS jurisdiction to enforce compliance with this Order and with the Judgment.

IT IS SO ORDERED.

 DATED: August 13, 2026

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] ORDER — 28 U.S.C. § 2241